

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Martins<br><br>Plaintiff,<br>V.<br><br>See Attached<br><br>Defendant. | Civil Action No. 18-cv-01731-AJB-AHG<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendants' Motions to Dismiss are Granted without leave to amend.

Date: 3/30/20

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ S. Tweedle
S. Tweedle, Deputy

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 18cv01731-AJB-AHG

New West Investment Group, a California Corporation; Gregory M. Brown, Sr., an individual; Gregory Brown, Jr., an individual; Robert J. Holland, an individual; Bobbi Pearson, individual; Oak Tree Escrow, California corporation; Gary Halbert, individual; Pedro Orso-Delgado, individual; Jeff Tamares, individual; Chicago Title Co., California corporation,

Defendants