UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN MARTINS,<br><br>                              Plaintiff,<br><br>v.<br><br>NORTHWEST DEVELOPMENT COMPANY, a California corporation d/b/a NEW WEST INVESTMENT GROUP, INC., a California corporation, et al.,<br><br>                              Defendants. | Case No.: 18-cv-01731-AJB-AHG<br><br>**ORDER DENYING PLAINTIFF'S AMENDED EX PARTE APPLICATION FOR RECONSIDERATION OF STRICKEN MOTION**<br><br>**(Doc. No. 144)** |

Before the Court is Plaintiff Brian Martins' ("Plaintiff") ex parte application for reconsideration. (Doc. No. 144.) Plaintiff seeks the Court's reconsideration of its decision to strike a filing for failure to comply with chambers' rules. (Doc. No. 132.) Because Plaintiff presents no clear error of fact or law in the decision, and because the Court's striking of the document does not prevent Plaintiff from submitting a new filing in accordance with chambers' rules, there is no manifest injustice, and the Court denies his request for reconsideration.[1] *See Wood v. Ryan*, 759 F.3d 1117, 1121 (9th Cir. 2014)

---

[1] Plaintiff is free to correct and refile any stricken document, and the Court will accept it so long as the new filing complies with the appropriate rules.

1

(reconsideration may be granted "if it is presented with newly discovered evidence, committed *clear error,* or if there is an intervening change in the controlling law.") (internal quotation marks omitted) (emphasis in original).

**IT IS SO ORDERED**.

Dated: June 3, 2021

Hon. Anthony J. Battaglia
United States District Judge